**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2602**

_____

NELDA A. PERKINS,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY GOVERNMENT; PRINCE
GEORGE'S COUNTY COUNCIL; ANIMAL CONTROL
COMMISSION; RONALD SIMONS; JAN MARKS; SHELLIE
MOORE; NANCY R. REAMS, Dr.; MICHAEL ALTERI,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
93-1305-DKC)

_____

Submitted: February 7, 1996      Decided: February 15, 1996

_____

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Nelda A. Perkins, Appellant Pro Se. Sean Daniel Wallace, COUNTY
ATTORNEY'S OFFICE, Upper Marlboro, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on her 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Perkins v. Prince George's County Gov't</u>, No. CA-93-1305-DKC (D. Md. July 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>